THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Arthur Lee Singleton, Appellant.
 
 
 

Appeal From Richland County
J. Ernest Kinard, Jr., Circuit Court Judge
Unpublished Opinion No. 2009-UP-227
Submitted May 1, 2009  Filed May 27, 2009    
AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Deborah R.J. Shupe, and Solicitor Warren Blair Giese, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM: Arthur
 Lee Singleton appeals his guilty pleas to
 second-degree burglary and petit larceny, arguing the circuit courts procedure did not meet the requirements of Boykin
 v. Alabama, 395 U.S. 238 (1969).  We affirm
 pursuant to Rule 220(b), SCACR, and the following authority: State v.
 McKinney, 278 S.C. 107, 108, 292 S.E.2d 598, 599 (1982) (stating that
 absent a timely objection at a plea proceeding, the sufficiency of a guilty
 plea can be attacked only through the more appropriate channel of
 post-conviction relief).
AFFIRMED.[1]
HEARN,
 C.J., THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.